JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave S., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:   (406) 453-9973
E-mail:   Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**
JUN 0 4 2020
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN JOHN LOVEN<br><br>Defendant. | CR 20-33-GF-BMM<br><br>INDICTMENT<br><br>AIMING A LASER POINTER AT AN AIRCRAFT<br>Title 18 U.S.C. § 39A<br>(Penalty: 5 years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about March 3, 2020, at or near Great Falls, within Cascade County, in the State and District of Montana, the defendant, BRIAN JOHN LOVEN, knowingly aimed the beam of a laser pointer at, and in the flight path of,

SkyWest Flight # 3566, an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant:
Bail:

Arraignment set
7-9-2020 @ 10am
Judge Johnston

2